UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAINTREE CANOGA PARK LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-04848-SB-SK<br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiffs filed their complaint against Defendant Raintree Canoga Park LLC on June 8, 2024. According to the proof of service filed three months later, Plaintiffs served Defendant on June 14, 2024. *See* Dkt. No. 14.[1] Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant. Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than September 23, 2024, why their claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.

　　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before September 23, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further

---

[1] Plaintiffs waited to file their proof of service until the Court issued an order to show cause (OSC) re lack of prosecution because the time to serve had passed. Dkt. No. 13. In the future, the Court expects Plaintiffs (who frequently appear before this Court) to prosecute their claims diligently and not to wait until months after the answer deadline has passed and the Court has issued an OSC to file proof of service or pursue entry of default.

1

order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: September 16, 2024  _____
Stanley Blumenfeld, Jr.
United States District Judge